

# 11TH COURT OF APPEALS

## EASTLAND, TEXAS

### JUDGMENT

Paul Torres,

Vs. No. 11-18-00330-CR

The State of Texas,

\* From the 106th District Court
of Gaines County,
Trial Court No. 10-4100.

\* January 10, 2019

\* Per Curiam Memorandum Opinion
(Panel consist Bailey, C.J.,
Willson, J., and Wright, S.C.J.,
sitting by assignment)
(Willson, J., not participating)

This court has inspected the record in this cause and concludes that the appeal should be dismissed for want of jurisdiction. Therefore, in accordance with this court's opinion, the appeal is dismissed.